UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

JUNILSHOM GREGORIO FRIETES RUIZ,

               Petitioner,          **ORDER TO SHOW CAUSE**
                                          26-CV-1717 (EK)

           -against-

RAUL MALDONADO, JR., in his official
capacity as Warden of Brooklyn
Metropolitan Detention Center et al.,

               Respondents.

-------------------------------------x
ERIC KOMITEE, United States District Judge:

       Junilshom Gregorio Frietes Ruiz petitions for a writ
of habeas corpus pursuant to 28 U.S.C. § 2241.  Pet., ECF No. 1.
He asserts that he is being wrongfully detained by respondents
pursuant to 8 U.S.C. § 1225(b)(2)(A) and, accordingly, has been
denied the bond determination to which he is entitled under
8 U.S.C. § 1226(a).  He is not challenging his removability
because there is no removal order in this case.  Pet. ¶ 6.

       The Court orders as follows.  By 5:00 p.m. on April
3, respondents are ordered to show cause why the petition should
not be granted for substantially the same reasons articulated in
the Court's November 18, 2025 order in *Sarmiento Guerrero v.*

*Noem*, --- F. Supp. 3d --- (E.D.N.Y. 2025).

Should respondents acknowledge that the instant petition presents no meaningful distinction from *Sarmiento Guerrero*, they shall either afford Frietes Ruiz a bond hearing or release him — in either case, on or before April 7, absent further order of this Court. *See Guartazaca Sumba v. Crowley*, No. 25-CV-13034, 2025 WL 3126512, at *5 (N.D. Ill. Nov. 9, 2025). In that case, the parties shall file a status report on or before April 10 that addresses Frietes Ruiz's release status. Otherwise, petitioner should serve his reply by 5:00 p.m. on April 10.

Petitioner shall serve this Order on the United States Attorney's Office for the Eastern District of New York by electronic mail, in care of the Chief of the Civil Division.


SO ORDERED.


/s/ Eric Komitee
ERIC KOMITEE
United States District Judge


Dated:   March 24, 2026
         Brooklyn, New York